THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ALLEN BRADFORD, Appellant.

(Argued May 29, 1916; decided June 16, 1916.)

APPEAL from a judgment of the Court of General Sessions of the Peace in the county of New York, rendered January 28, 1916, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Samuel S. Koenig, Philip Thorne* and *Oliver L. Goldsmith* for appellant. ·

*Edward Swann, District Attorney* (*Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, CARDOZO and SEABURY, JJ.

---

In the Matter of the Petition of CHARLES L. CRAIG, Appellant, to Determine the Amount of and Enforce an Attorney's Lien.

ALICE M. LONG, Respondent.

(Submitted June 12, 1916; decided June 16, 1916.)

Motion for re-argument denied, without prejudice to the rights of the appellant to move to have the remittitur recalled to this court, and for leave to apply to the Appellate Division to have the order appealed from resettled so as to give this court jurisdiction. (See 218 N. Y. 639.)